EL PUEBLO, DEMANDANTE Y APELADO, *v.* DELIZ, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Arecibo en causa por infracción a la Ley de Andamios.

No. 2084.—Resuelto en junio 19, 1923.

LEY DE ANDAMIOS—PARTES EN ACCIONES CRIMINALES—DENUNCIAS.—Si tanto el dueño como el constructor de la obra son culpables de violación de la Ley de Andamios de 1913, uno y otro pueden ser procesados.

ID.—BARANDILLAS—PRUEBA.—La existencia de barandillas protectoras es indispensable en toda obra y ninguna excusa es aceptable para justificar su inexistencia en determinado momento.

Los hechos están expresados en la opinión.
Abogado del apelante: *Sr. A. Piñero.*
Abogado del apelado: *Sr. José E. Figueras, Fiscal.*

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

Cuando una ley permite en forma disyuntiva el procesamiento, ya del dueño de la obra o de su constructor, si ambos son culpables, pueden los dos ser procesados. Según entendemos, el uso de la palabra "o" es permitir que uno u otro, o ambos, sean denunciados, y el apelante no nos cita ninguna autoridad en contrario. La ley antes de ser enmendada decía que el dueño y constructor serían procesados dejando quizá algo en duda si uno podía ser denunciado sin el otro, pero tal caso no es el que está ante nuestra consideración.

De la prueba presentada, aunque hubo algún conflicto, aparecía que una plataforma puesta en operación no tenía barandilla o cerca, en contravención a la ley de diciembre 1, 1917, Ley numero 46 de ese año. No importa que los empleados del acusado fueran a poner tal barandilla en la plataforma. La ley exige que exista realmente una.

La sentencia apelada debe confirmarse.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Aldrey, Hutchison y Franco Soto.